| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>1/6/15 | DATE AND TIME WARRANT EXECUTED<br>1/6/15 at 5:26pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

$19,810.28 Check from the Bureau of Prisons issued 1/9/15 received on 1/14/15 by USMS

## CERTIFICATION

I Swear that this inventory is a true and detailed account of the property seized by me on the warrant.

Date: 1/30/2015

_Deborah Cook_
Executing Officer's Signature

Subscribed, sworn to, and returned before me this date.

_Irma Camille Ramirez_
IRMA C. RAMIREZ
United States Magistrate Judge

1/30/15
Date

SEALED

# United States District Court

<u>NORTHERN</u> DISTRICT OF <u>TEXAS</u>

In the Matter of the Seizure of

$19,810.28 from the United States Bureau of Prisons Trust Fund Account in the name of Tiffany Taber, Inmate Registration Number 43283-177.

**SEIZURE WARRANT**

CASE NUMBER: 3-15MJ006-BH

**To: Deborah Crook, Senior Inspector, United States Marshal Service, and any Authorized Officer of the United States**

Affidavit(s) having been made before me by Senior Inspector Deborah Crook who has reason to believe that in the Southern District of Texas or elsewhere in the United States there is now certain property which is subject to forfeiture to the United States, namely:

$19,810.28 from the United States Bureau of Prisons Trust Fund Account in the name of Tiffany Taber, Inmate Registration Number 43283-177.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property described is subject to seizure and that grounds exist for the issuance of this seizure warrant pursuant to 18 U.S.C. § 981(b).

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified by serving this warrant and making the seizure in the daytime (6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to Irma C. Ramirez, United States Magistrate Judge, as required by law.

1/6/15 @ 4:55 p.m.
Date and Time Issued

at Dallas, Texas
City and State

Irma C. Ramirez
United States Magistrate Judge

_(signature)_
Signature of Judicial Officer